AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 11 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>ALEJANDRO DOMINGUEZ DELAPENA<br>*Defendant* | Case No.   2:24-mj-0259-MDC<br>Charging District:   District of Nebraska<br>Charging District's Case No.   4:22CR3144 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>District of Nebraska |
|---|---|
| Courtroom No.: | Video Conference |
| Date and Time: | 03/25/2024 @ 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   March 11, 2024

_____
*Judge's signature*

MAXIMILIANO D. COUVILLIER, III, US Magistrate Judge
*Printed name and title*